# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0046 • E: Joshua@levinepstein.com

September 12, 2023

*Via Electronic Filing*
The Honorable Taryn A. Merkl, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    *Blanco et al v. Winstar Service Inc. et al*
               Case No.: 1:23-cv-02028-RPK-TAM

Dear Honorable Magistrate Judge Merkl:

      This law firm represents Plaintiffs, Irving Blanco, Kevin Gregorio Martinez Garcia and Yorkenit Jose Hernandez Mujica (collectively, the "Plaintiffs") in the above-referenced matter. This letter is submitted jointly with counsel for Defendants Kingsland Food Processing Corp., Steven Lin, Maxsun Corporation, Winstar Service Inc. (collectively, the "Corporate Defendants") and Thomas Lin, Johnny Song Lin (together, the "Individual Defendants", and collectively, the "Defendants").

      Pursuant to the directives in your Honor's August 8, 2023 Order, this letter respectfully serves to provide the Court with a joint status update in the above-referenced matter.

      The parties were successful in reaching a settlement in-principle at the virtual mediation on September 5, 2023. The parties respectfully request that the Court hold all future deadlines and appearances in abeyance for thirty (30) days, in order to provide the parties with sufficient time to finalize the paperwork to effectuate the disposition of the instant matter.

      We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

                           Respectfully submitted,

                           LEVIN-EPSTEIN & ASSOCIATES, P.C.

                    By:  */s/ Jason Mizrahi*
                         Jason Mizrahi, Esq.
                         60 East 42nd Street, Suite 4700
                         New York, New York 10165
                         Tel. No.:  (212) 792-0048
                         Email: Jason@levinepstein.com
                         *Attorneys for Plaintiffs*

VIA ECF: All Counsel