UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Irving Blanco, Kevin Gregorio Martinez Garcia, and Yorkenit Jose Hernandez Mujica, *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action*,

         *Plaintiffs*,

- against -

Winstar Service Inc., Kingsland Food Processing Corp., Maxsun Corporation, Thomas Lin, Johnny Song Lin, and Steven Lin,

         *Defendants*.
----------------------------------------------------------------X

Case No.: 23-cv-02028

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

  WHEREAS, pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendants Winstar Service Inc., Kingsland Food Processing Corp., Maxsun Corporation, Thomas Lin, Johnny Song Lin, and Steven Lin (collectively, the "Defendants") (collectively, the "Defendants"), having offered to allow Plaintiffs Irving Blanco, Kevin Gregorio Martinez Garcia, and Yorkenit Jose Hernandez Mujica (the "Plaintiffs") to take a judgment against the Defendants in this action in the total sum of Fifteen Thousand Dollars and Zero Cents ($15,000.00) (the "Judgment Amount"), payable as follows:

1. A payment in the amount of Fifteen Thousand Dollars and Zero Cents ($15,000.00) on or before September 19, 2023.

  WHEREAS, the total Judgment Amount is inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiffs' claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Offer of Judgment").

  WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as **Exhibit "A"**;

  NOTICE IS HEREBY GIVEN that Plaintiffs' counsel hereby confirms acceptance of Defendants' Offer of Judgment.

          LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: _____
Jason Mizrahi
60 East 42nd Street, Suite 4700
New York, NY 10165
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiffs*

Via ECF: All Counsel

Encl.