UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Irving Blanco, Kevin Gregorio Martinez Garcia,
and Yorkenit Jose Hernandez Mujica,
on behalf of themselves and others similarly
situated in the proposed FLSA Collective Action,

                              Plaintiffs,                      JUDGMENT

     v.                                                23-cv-02028-RPK-TAM

Winstar Service Inc., Kingsland Food
Processing Corp., Maxsun Corporation,
Thomas Lin, Johnny Song Lin, and Steven Lin,

                              Defendants.
----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on September 22, 2023; and Defendants Winstar Service Inc., Kingsland Food Processing Corp., Maxsun Corporation, Thomas Lin, Johnny Song Lin, and Steven Lin, having offered to allow entry of judgment to be taken against them and in favor of Plaintiffs Irving Blanco, Kevin Gregorio Martinez Garcia, and Yorkenit Jose Hernandez Mujica in the total sum of Fifteen Thousand Dollars and Zero Cents ($15,000.00); it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiffs Irving Blanco, Kevin Gregorio Martinez Garcia, and Yorkenit Jose Hernandez Mujica and against Defendants Winstar Service Inc., Kingsland Food Processing Corp., Maxsun Corporation, Thomas Lin, Johnny Song Lin, and Steven Lin, in the total sum of Fifteen Thousand Dollars and Zero Cents ($15,000.00).

Dated:  Brooklyn, New York                                Brenna B. Mahoney
           September 25, 2023                           Clerk of Court

                                                        By:    */s/Jalitza Poveda*
                                                                  Deputy Clerk